BEFORE THE THIRD DIVISION, JANUARY 15, 1940

**No. 43009.**—Protest 950799–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by CLINE, J.  In accordance with stipulation of counsel and on the authority of *Kwong Yuen* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.